UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER AMBROSE WILLIAMS,

                Plaintiff,

      v.

FEDERAL EXPRESS CORPORATION.,

                Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/22/2021

20-CV-8190 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of a scheduling conflict, the initial pre-trial conference scheduled for April 29, 2021 at 11:00 am is hereby adjourned until April 29, 2021 at 4:30 p.m.

The parties shall use the dial-in information provided below to call in to the conference:

Call-in Number: (888) 363-4749
Access Code: 1015508

This conference line is open to the public. If it is not feasible for the parties to appear telephonically at that time, they should jointly notify the Court as soon as possible by letter filed on ECF and include proposed alternative dates for this conference.

SO ORDERED.

Dated:    April 22, 2021
            New York, New York

_____
RONNIE ABRAMS
United States District Judge